UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TORRANCE CLARK | CIVIL ACTION |
| VERSUS | NO. 24-190 |
| JEFFERSON PARISH SHERIFF'S OFFICE and JEFFERSON PARISH CORRECTIONAL CENTER | SECTION "H"(4) |

## **O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Torrance Clark's 42 U.S.C. § 1983 claim against the Jefferson Parish Sheriff's Office and Jefferson Parish Correctional Center are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 28th day of June, 2024.

UNITED STATES DISTRICT JUDGE